CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2005

JOHN F. CORCORAN, CLERK
BY: /s/ R. Platt
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BENJAMIN H. JONES, #155438,<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:05-cv-00496 |
| v. | ) <br>) **DISMISSAL ORDER** |
| PRISON GUARD LARGE, et al.,<br>Defendants. | )<br>) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's complaint and attachments are hereby **FILED** for administrative purposes only as a civil rights complaint, pursuant to 42 U.S.C. §1983; plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and the action is hereby **DISMISSED** without prejudice and is hereby stricken from the active docket of the court. Plaintiff's request for interlocutory injunctive relief is also **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 13th day of September, 2005.

/s/ James C. Turk
Senior United States District Judge